

FILED
APR 18 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–134–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ROBERT CHARLES SCOTT, | |
| Defendant. | |

Before the Court is Defendant's Motion to File Document Under Seal. Finding good cause appearing,

IT IS ORDERED that the Motion (Doc. 36) is GRANTED. The Psychological Evaluation is filed under seal. The Clerk of the Court is to notify counsel of the making of this Order.

Dated this 18th day of April, 2018.

Dana L. Christensen, Chief Judge
United States District Court

-1-